Dana M. Douglas (SBN 220053)
Attorney at Law
11024 Balboa Blvd., No.431
Granada Hills, CA 91344
MAILING ADDRESS:
4712 Admiralty Way #1001
Marina del Rey, CA  90292
818-360-8295 office
213-270-9456 fax
*dana@danamdouglaslaw.com*

Attorney for Debtors
Ik Soo Bang & Hye Young Bang

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-12208-CB |
| | Chapter 13 |
| IK SOO BANG, | **EX PARTE REQUEST/MOTION TO EXTEND TIME TO FILE DOCUMENTS OR, ALTERNATIVELY, TO DEEM DOCUMENTS FILED TIMELY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANA M. DOUGLAS IN SUPPORT** |
| and | |
| HYE YOUNG BANG, | |
| Debtors. | *No Hearing Required* |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, AMRANE COHEN, CHAPTER 13 TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, PARTIES IN INTEREST:**



1
**EX PARTE REQUEST/MOTION EXTEND TIME…DEEM
DOCUMENTS FILED TIMELY**

1  IK SOO BANG and HYE YOUNG BANG ("Debtors" herein), makes this Ex Parte Request/Motion to Extend Time to File Documents or, Alternatively, to Deem Documents Filed Timely (the "Motion") stating as follows:

1) Debtors commenced their chapter 13 bankruptcy case on June 1, 2017, filing a limited number of the documents that comprise a complete petition, schedules, statements, declarations, etc.;

2) The deadline for Debtors to file the remaining (deficient) documents is June 15, 2017;

3) Counsel has prepared the remaining documents for Debtors' signature and return on June 15, 2017 for filing;

4) Debtors have signed and returned the documents but there are corrections to be made and then the documents must be re-signed.  This prevents the documents from being filed timely on the deadline and will necessitate that filing occur on June 16, 2017;

5) If the Court does not extend the deadline, or deem documents filed June 16, 2017, as filed timely, Debtor's case will be dismissed for failure to file all documents by the June 15th deadline.

Debtors respectfully request that the Court extend the deadline for filing the supplemental documents by one day or deem documents filed a day later than the deadline as having been filed timely.

Respectfully submitted,

Date:  June 15, 2017            By:   /s/ Dana M. Douglas
                                      Dana M. Douglas
                                      *Counsel for Debtors*
                                      Ik Soo Bang and Hye Young Bang



## MEMORANDUM OF POINTS & AUTHORITIES

**A.   THE COURT HAS THE AUTHORITY TO GRANT RELIEF**

Rule 60(b) of the *Federal Rules of Civil Procedure* ("FRCP") provides that a party may be granted relief from a final judgment order or proceeding: "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order or proceeding for the following reasons:

**B.   GROUNDS FOR RELIEF**

The first reason cited by Rule 60(b)(1) of the FRCP as grounds for relief is "mistake, inadvertence, or excusable neglect."

**C.   DEBTOR QUALIFIES FOR RELIEF UNDER RULE 60(b)**

Counsel for Debtor has prepared documents for signature and filing and Debtors have returned the documents but there are corrections/changes that must be made before signed documents can be filed. This prevents timely filing of the documents. Counsel has been working with Debtors and translators to eliminate questions but has encountered this last set of corrections that must be addressed. Counsel may have been insufficiently proactive in arranging to have all contingencies covered to prevent a late filing which could be considered a mistake or excusable neglect on counsel's part. Accordingly, the Court has the authority to vacate the order of dismissal on the grounds provided in FRCP Rule 60(b).

## CONCLUSION

Debtors, and counsel for Debtors, ask the Court to extend the deadline for filing the supplemental documents by one day or deem documents filed a day later than the deadline as having been filed timely so that Debtors may continue their chapter 13 bankruptcy case.

Respectfully submitted,

Dated:   June 15, 2017                            By:   /s/ Dana M. Douglas
                                                                Dana M. Douglas
                                                                *Attorney for Debtors*
                                                                Ik Soo Bang & Hye Young Bang



3
**EX PARTE REQUEST/MOTION EXTEND TIME…DEEM
DOCUMENTS FILED TIMELY**

# **DECLARATION OF DANA M. DOUGLAS IN SUPPORT**

I, DANA M. DOUGLAS, declare as follows:

1) I am an attorney at law, authorized to practice before the Federal Courts in the Central District and before this court. I am attorney of record for Movants herein, Ik Soo Bang and Hye Young Bang ("Debtors"). I have personal knowledge of the following facts other than those stated on information and belief, which I believe to be true, and if called upon to do so, I could and would competently testify thereto under oath, in a court of law.

2. I submit this Declaration in support of Ex Parte Request/Motion to Extend Time to File Documents or, Alternatively, to Deem Documents Filed Timely (the "Motion").

3) I commenced this bankruptcy case for Debtors on June 1, 2017, filing a limited number of documents;

4) The deadline for Debtors to file the remaining (deficient) documents is June 15, 2017;

5) I prepared the remaining documents for signature and filing and Debtors have returned them but there were a last set of corrections/changes that required return of the documents to Debtors for signature before filing;

6) This last set of corrections/changes and signatures thereon prevent timely filing of the documents on June 15, 2017;

7) I respectfully request that the Court extend the deadline for filing of the supplemental documents by one day or deem the documents filed a day later than the deadline as filed timely so that Debtors may proceed with their bankruptcy case.

Sworn under penalty of perjury under the laws of the United States of America this 15th day of June, 2017, in Los Angeles, California.

By: __/s/ Dana M. Douglas____
Dana M. Douglas

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11024 Balboa Blvd., No. 431, Granada Hills, CA 91344.

A true and correct copy of the foregoing document entitled (*specify*): EX PARTE MOTION TO EXTEND TIME   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/15/2017 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Dana M Douglas    dmddouglas@hotmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*)   ###   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/15/2017 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Catherine Bauer
US Bankruptcy Court – Central District of CA
527 W. Fourth Avenue
Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/15/2017 | DM Douglas | /s/ DM Douglas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**