|  |  |
|---|---|
| **COURT PREPARED ORDER** | **FILED & ENTERED**<br><br>**JUN 19 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** firman    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>IK SOO BANG and<br>HYE YOUNG BANG<br><br>Debtor(s). | CASE NO.: 8:17-bk-12208-CB<br>CHAPTER: 13<br><br>**ORDER (1) DENYING DEBTORS' REQUEST TO EXTEND TIME TO FILE DOCUMENTS OR DEEM DOCUMENTS TIMELY FILED and (2) DISMISSING CASE** |
|---|---|

On **June 1, 2017** the Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. Debtors filed Part 5, Page 5 – "Explain Your Efforts to Receive a Briefing About Credit Counseling" indicating they received a briefing from an approved credit counseling agency within the 180 days **BEFORE** filing their bankruptcy petition. On June 15, 2017 as Docket #9, Debtors filed a Motion to Extend Time to File Documents or, Alternatively, to Deem Documents Filed Timely ("Motion"). Having reviewed the bankruptcy petition and the Motion and with good cause shown,
IT IS ORDERED:

☒ The Motion is DENIED pursuant to 11 U.S.C. § 109(h) because (*check all reasons that apply*):

  ☒ It fails to state a basis for the exigent circumstances.
  ☐ It does not contain an adequate explanation that is satisfactory to the Court.
  ☒ Other: On June 19, 2017, Debtors filed their Certificates of Credit Counseling which indicate the counseling sessions happened on June 2, 2017 which is **AFTER** the filing of the petition.

☒ This bankruptcy case is DISMISSED as debtor did not comply with 11 U.S.C. § 521 (B)(1)-(2).

###

Date: June 19, 2017

*Catherine Bauer*
United States Bankruptcy Judge